JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MOSHI, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FOREVER 21, INC., a California corporation, THE ORIGINAL, INC., a California corporation, CHANG PING XIN YI KNITWEAR CO., a Chinese company, L.C. TRADING COMPANY, a Chinese company, and DOES 1-5, inclusive,<br><br>Defendants. | Case No. CV 11-10378 JFW (VBKx)<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FOREVER 21, INC. AND WITHOUT PREJUDICE AS TO DEFENDANTS THE ORIGINAL, INC., CHANG PINK XIN YI KNITWEAR CO, AND L.C. TRADING COMPANY |

Pursuant to stipulation of the parties to this action that the complaint of plaintiff Lauren Moshi, LLC, against defendant Forever 21, Inc., be dismissed with prejudice, and that said complaint against defendants The Original, Inc., Chang Ping Xin Yi Knitwear Co. and L.C. Trading Company be dismissed without prejudice,

IT IS SO ORDERED.

DATED: March 6, 2012     John F. Walter /s/
                         _____
                         JUDGE OF THE UNITED STATES
                         DISTRICT COURT

425658.1